UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 4:25-CR-134 |
| | ) | |
| LAFAYETTE WRIGHT, JR. | ) | |

## ORDER

Before the Court is the Government's Motion to Correct Scrivener's Error. (Doc. 20.)  The Government seeks to correct Defendant's name in the Allegation of Prior Conviction section of the Indictment.  Upon consideration, the Court **GRANTS** the motion.  The Government shall file an amended Indictment as a stand-alone entry on the docket within seven days of this Order.[1]

So ORDERED, this 1st day of December 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Requiring the filing of a corrected indictment as a stand-alone entry bearing the signature of the applicable government attorney is the standard practice followed by other Courts in this District in such circumstances.  *See, e.g., United States v. Hill*, CR 114-028, doc. Nos. 18, 19; *United States v. Tagui*, CR 113-220, doc. Nos. 76, 174, 182; *United States v. Griffis*, CR 114-027, doc. nos. 6, 10.